UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| : | |
| Plaintiffs, : | **No. 2:10-CV-6110 (WHW) (CCC)** |
| : | |
| v. : | |
| : | **PLAINTIFF SECOND AMENDMENT** |
| THE HON. PHILIP J. MAENZA,*et al.*, : | **FOUNDATION, INC.'S DISCLOSURE** |
| : | **PURSUANT TO FED. R. CIV. P. 7.1** |
| Defendants. : | |
| : | |

Plaintiff Second Amendment Foundation, Inc., by its attorneys Duane Morris LLP, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: November 30, 2010
      Newark, New Jersey

                                                          Respectfully submitted,

                                                          **DUANE MORRIS LLP**
                                                          A Delaware Limited Liability Partnership

                By:  _____
                           David D. Jensen, Esq.
                           Robert P. Firriolo, Esq.
                           744 Broad Street, Suite 1200
                           Newark, New Jersey 07102-3889
                           973.424.2000
                           Attorneys for Plaintiffs