UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>THE HON. PHILIP J. MAENZA, *et al.*, :<br>:<br>Defendants. :<br>: | No. 2:10-CV-6110 (WHW) (CCC)<br><br>**PLAINTIFF ASSOCIATION OF<br>NEW JERSEY RIFLE & PISTOL<br>CLUBS, INC.'S DISCLOSURE<br><u>PURSUANT TO FED. R. CIV. P. 7.1</u>** |

Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc., by its attorneys Duane Morris LLP, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: November 30, 2010
      Newark, New Jersey

                                            Respectfully submitted,

                                            **DUANE MORRIS LLP**
                                            A Delaware Limited Liability Partnership

By:  _____
     David D. Jensen, Esq.
     Robert P. Firriolo, Esq.
     744 Broad Street, Suite 1200
     Newark, New Jersey 07102-3889
     973.424.2000
     Attorneys for Plaintiffs