UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X
JEFFREY M. MULLER; DANIEL J. PISZCZATOSKI;
JOHN M. DRAKE; GREGORY C. GALLAHER;
LENNY S. SALERNO; FINLEY FENTON;
SECOND AMENDMENT FOUNDATION, INC.; and
ASSOCIATION OF NEW JERSEY RIFLE & PISTOL
CLUBS, INC.,

                        Plaintiffs,

              v.

THE HON. PHILIP J. MAENZA, *in his Official Capacity as Judge of the Superior Court of Morris County*; THE HON. RUDOLPH A. FILKO, *in his Official Capacity as Judge of the Superior Court of Passaic County*; THE HON. EDWARD A. JEREJIAN, *in his Official Capacity as Judge of the Superior Court of Bergen County*; THE HON. THOMAS A. MANAHAN, *in his Official Capacity as Judge of the Superior Court of Morris County*; COL. RICK FUENTES, *in his Official Capacity as Superintendent of the New Jersey State Police*; CHIEF FRANK INGEMI, *in his Official Capacity as Chief of the Hammonton, New Jersey Police Department*; CHIEF RICHARD COOK, *in his Official Capacity as Chief of the Montville, New Jersey Police Department*; and PAULA T. DOW, *in her Official Capacity as Attorney General of New Jersey*,

                        Defendants.
-------------------------------------------------------------------------X

No.:10-cv-6110 (WHW)(CCC)
ECF Case

**NOTICE OF APPEARANCE**

     **ROBERT P. FIRRIOLO** hereby enters his appearance as counsel for Plaintiffs JEFFREY M. MULLER; DANIEL J. PISZCZATOSKI; JOHN M. DRAKE; GREGORY C. GALLAHER; LENNY S. SALERNO; FINLEY FENTON; SECOND AMENDMENT FOUNDATION, INC.; and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC

Dated: New York, New York
       December 1, 2010

                            DUANE MORRIS LLP

                        By:     /s/ Robert P. Firriolo
                            Robert P. Firriolo (RF0030)
                            1540 Broadway, 11th Floor
                            New York, NY 10036
                            (212) 692-1091 (phone)
                            (212) 692-1020(fax)
                            RPFirriolo@duanemorris.com

                            *Attorneys for Plaintiffs*