# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New Jersey

Case Number: 2:10-CV-06110-WHW-CCC

Plaintiff:
**Jeffrey M. Muller, ET AL**
vs.
Defendant:
**Philip J. Maenza, ET AL**

Received these papers to be served on **Rick Fuentes, In his Official Capacity as Superintendent of the New Jersey State Police, State Police Headquarters, 1040 River Road, West Trenton, NJ.**

I, Leslie Pascual, being duly sworn, depose and say that on the **1st day of December, 2010 at 9:45 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint For Deprivation of Civil Rights Under Color of Law** with the date and hour of service endorsed thereon by me, to: **Edward McDonnell as Sargeant First Class, Badge#4719** at the address of: **State Police Headquarters, 1040 River Road, West Trenton, NJ**, who stated they are authorized to accept service for **Rick Fuentes, In his Official Capacity as Superintendent of the New Jersey State Police**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 175, Hair: Gray, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the state in which the process was served.

Subscribed and Sworn to before me on the 1st day of December, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

ANALISE L. ESPARZA
Commission # 2297784
Notary Public, State of New Jersey
My Commission Expires
July 28, 2014

Leslie Pascual
Process Server

Our Job Serial Number: PMP-2010001237

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g