```
PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
Attorney for Defendants Paula T. Dow, Col. Rick Fuentes

By:  Gregory Spellmeyer
     Deputy Attorney General
     (609) 984-9504
     Gregory.Spellmeyer@dol.lps.state.nj.us
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| JEFFREY M. MULLER; DANIEL J. PISZCZATOSKI; JOHN M. DRAKE; GREGORY C. GALLAHER; LENNY S. SALERNO; FINLEY FENTON; SECOND AMENDMENT FOUNDATION, INC.; AND ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUSBS, INC. | Civil Action No. 10-6110 (WHW)(CCC) |
| Plaintiffs, | |
| v. | Notice of Appearance |
| THE HON. PHILIP J. MAENZA, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. RUDOLPH A. FILKO, in his Official Capacity as Judge of the Superior Court of Passaic County; THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. THOMAS A. MANAHAN, in his Official Capacity as Judge of the Superior Court of Morris County; COL. RICK FUENTES, in his Official Capacity as Superintendent of the New Jersey State Police; CHIEF FRANK INGEMI, in his Official Capacity as Chief of the | |

```
Hammonton, New Jersey Police   :
Department; CHIEF RICHARD      :
COOK, in his Official          :
Capacity as Chief of the       :
Montville, New Jersey Police   :
Department; and PAULA T. DOW,  :
in her Official Capacity as    :
Attorney General of New        :
Jersey,                        :
                               :
        Defendants.            :
_____ :
```

TO:   CLERK OF THE COURT

Please enter my appearance on behalf of defendants Paula T. Dow, and Col. Rick Fuentes in the above-captioned matter.

                              PAULA T. DOW
                              ATTORNEY GENERAL OF NEW JERSEY


                         By:/s Gregory A. Spellmeyer
                              Gregory A. Spellmeyer
Dated: December 6, 2010       Deputy Attorney General

c:   All Counsel (via electronic filing system)