**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

DAVID D. JENSEN
DIRECT DIAL: (973) 424-2016
PERSONAL FAX: +1 973 556 1499
*E-MAIL:* ddjensen@duanemorris.com

*www.duanemorris.com*

**VIA ECF**

The Honorable William H. Walls
United States District Judge
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

The Honorable Claire C. Cecchi
United States Magistrate Judge
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:   *Muller v. Maenza*, no. 2:10-CV-6110 (WHW) (CCC)

Dear Judge Walls and Judge Cecchi:

   We represent Plaintiffs in the above-captioned action. We write jointly with the New Jersey Division of Law to propose a schedule for the efficient resolution of this dispute. All parties to this case have reviewed this letter in advance of its submission and join in this request.

   This lawsuit challenges the constitutionality of N.J. Stat. § 2C:58-4 and associated regulations, which concern the issuance of permits to carry handguns. Plaintiffs contend that the discretionary "need" requirements are facially invalid in light of the Supreme Court's decisions in *District of Columbia v. Heller*, 128 S. Ct. 2783 (2008), and *McDonald v. Chicago*, 130 S. Ct. 3020 (2010). Defendants contend that the pertinent laws are constitutional.

   Counsel for the parties have conferred and agree that this lawsuit presents purely legal issues. As such, the parties consider it appropriate for the Court to resolve the suit on the basis of motions submitted by both parties. The parties propose the following schedule:

- Plaintiffs will move for summary judgment no later than December 20, 2010;

- Defendants will oppose the summary judgment motion and cross-move to dismiss no later than January 26, 2011;

- Plaintiffs will reply in support of summary judgment and oppose Defendants' cross-motion no later than February 16, 2011; and

- Defendants will submit a reply in support of their cross-motion no later than March 9, 2011.

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                        WALTER GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889                    PHONE: +1 973 424 2000   FAX: +1 973 424 2001

The Honorable William H. Walls
The Honorable Claire C. Cecchi
8 December 2010
Page 2

      In order to streamline the litigation and to minimize the burden on the Court, the parties propose combining the briefs such that each party will submit a total of two (2) briefs. Defendants' January 26 briefing will be "doubled" to 80 pages, and Plaintiffs' February 16 briefing in opposition and reply will be 55 pages. Local Rule 7.2(b) will otherwise continue to govern.

      The parties respectfully request that the Court "so order" this proposed schedule.

      Should you have any questions or concerns, please do not hesitate to contact myself, at (973) 424-2016, or Mr. Spellmeyer, at (609) 292-7922.

      Respectfully submitted,

      **DUANE MORRIS LLP**
      A Delaware Limited Liability Partnership

      David D. Jensen

cc:    Gregory Spellmeyer
       Senior Deputy Attorney General, Litigation
       Division of Law
       Office of the Attorney General of New Jersey
       P.O. Box 112
       Trenton, New Jersey  08625
       *By E-mail to Gregory.Spellmeyer@dol.lps.state.nj.us*

       Robert H. Oostdyk
       Johnson & Murphy
       P.O. Box 70
       Riverdale, New Jersey  07457
       *By E-mail to roostdyk@johnsonmurphylaw.com*
       Counsel for Defendant Chief Richard Cook

       Brian G. Howell
       Howell & Bertman
       231 Bellevue Avenue
       Hammonton, New Jersey  08037-1751
       *By E-mail to howellbg@comcast.net*
       Counsel for Defendant Chief Frank Ingemi