UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| Plaintiffs, | : No. 2:10-CV-6110 (WHW) (CCC) |
| v. | : |
| THE HON. PHILIP J. MAENZA, *et al.*, | : **SCHEDULING ORDER** |
| Defendants. | : |

On the joint application of the parties, the Court enters the following Scheduling Order:

- Plaintiffs will move for summary judgment no later than December 20, 2010;

- Defendants will oppose the summary judgment motion and cross-move to dismiss no later than January 26, 2011;

- Plaintiffs will reply in support of summary judgment and oppose Defendants' cross-motion no later than February 16, 2011; and

- Defendants will submit a reply in support of their cross-motion no later than March 9, 2011.

Defendants and Plaintiffs will submit combined moving, opposition, and/or reply briefs on January 26 and February 16, respectively, subject to combined page limits otherwise determined in accordance with Local Rule 7.2(b).

It is SO ORDERED this ___9___ day of December, 2010.

William H. Walls
United States District Judge