UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| Plaintiffs, | : **No. 2:10-CV-6110 (WHW) (CCC)** |
| v. | : |
| THE HON. PHILIP J. MAENZA, *et al.*, | : **NOTICE OF MOTION** |
| Defendants. | : |

PLEASE TAKE NOTICE that, on the basis of the Brief in Support of Plaintiffs' Motion for Summary Judgment and the Declarations and Exhibits submitted herewith, Plaintiffs shall move for summary judgment granting the relief set forth in the annexed proposed Order in accordance with the Scheduling Order previously entered by the Court.

Dated:  December 20, 2010
         Newark, New Jersey

                                    Respectfully submitted,

                                    **DUANE MORRIS LLP**
                                    A Delaware Limited Liability Partnership

                                    By: _____
                                    David D. Jensen, Esq.
                                    Robert P. Firriolo, Esq.
                                    744 Broad Street, Suite 1200
                                    Newark, NJ 07102-3889
                                    Tel:  973.424.2000
                                    Attorneys for Plaintiffs