**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| : | |
| Plaintiffs, : | **No. 2:10-CV-6110 (WHW) (CCC)** |
| : | |
| v. : | |
| : | |
| THE HON. PHILIP J. MAENZA, *et al.*, : | **DECLARATION OF** |
| : | **DANIEL J. PISZCZATOSKI** |
| Defendants. : | |
| : | |

I, Daniel J. Piszczatoski, declare as follows:

1.	I am a civilian employee of the FBI and I received specific information indicating that a terrorist organization might target myself or my family because of my association with the FBI.

2.	I would carry an operable handgun in public for self-defense, but I refrain from doing so because I fear arrest, prosecution, fine, and imprisonment because I do not hold a Permit to Carry issued pursuant to N.J.S.A. § 2C:58-4.

3.	I applied for a Permit to Carry a handgun pursuant to N.J.S.A. § 2C:58-4 from the Wayne Police Department on February 20, 2010. A copy of my application is attached as Exhibit 1.

4.	Chief Stouthamer of the Wayne Police Department approved my application on May 27, 2010. Ex. 1.

5.	Defendant Judge Filko denied my application for a Permit on November 3, 2010 on the ground that I did not have "justifiable need." A copy of Judge Filko's decision is attached as Exhibit 2.

6. I met all of the requirements for issuance of a Permit to Carry, except I was found to lack "justifiable need to carry a handgun."

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: December 19, 2010

_____
Daniel J. Piszczatoski