UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| : | |
| Plaintiffs, : | No. 2:10-CV-6110 (WHW) (CCC) |
| : | |
| v. : | |
| : | |
| THE HON. PHILIP J. MAENZA, *et al.*, : | **DECLARATION OF** |
| : | **GREGORY C. GALLAHER** |
| Defendants. : | |

I, Gregory C. Gallaher, declare as follows:

1. I am employed as a contractor, and I developed concerns for my safety after an attempted theft took place at one of my jobsites.

2. I later learned that violent organized criminals had apparently been responsible, and feared that I might have been attacked or killed had I arrived during the theft.

3. I would carry an operable handgun in public for self-defense, but I refrain from doing so because I fear arrest, prosecution, fine, and imprisonment because I do not hold a Permit to Carry issued pursuant to N.J.S.A. § 2C:58-4.

4. I applied for a Permit to Carry a handgun pursuant to N.J.S.A. § 2C:58-4 from the Hammonton Police Department on September 28, 2010. A copy of my application is attached as Exhibit 1.

5. Defendant Chief Ingemi of the Wayne Police Department denied my application on October 5, 2010. Ex. 1.

6. I met all of the requirements for issuance of a Permit to Carry, except I was found to lack "justifiable need to carry a handgun."

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: December 20th, 2010

_____
Gregory C. Gallaher