**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| Plaintiffs, | : No. 2:10-CV-6110 (WHW) (CCC) |
| v. | : |
| THE HON. PHILIP J. MAENZA, *et al.*, | : **DECLARATION OF** |
| | : **LENNY S. SALERNO** |
| Defendants. | : |

I, Lenny S. Salerno, declare as follows:

1. I am an electrical contractor and my work requires me to travel to dangerous areas in Northern New Jersey at all hours of the day. I am concerned that I may become the victim of a violent criminal attack.

2. I would carry an operable handgun in public for self-defense, but I refrain from doing so because I fear arrest, prosecution, fine, and imprisonment because I do not hold a Permit to Carry issued pursuant to N.J.S.A. § 2C:58-4.

3. I applied for a Permit to Carry a handgun pursuant to N.J.S.A. § 2C:58-4 from the Montville Police Department on May 30, 2009.

4. Defendant Chief Cook denied my application on August 31, 2009. A copy of the denial letter is attached as Exhibit 1.

5. I sought a hearing in the Superior Court. Defendant Judge Manahan denied my application for a Permit on July 8, 2010 on the ground that I did not have "justifiable need." A copy of Judge Manahan's decision is attached as Exhibit 2.

6. I met all of the requirements for issuance of a Permit to Carry, except I was found to lack "justifiable need to carry a handgun."

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: December ___, 2010

_____
Lenny S. Salerno

-2-

6. I met all of the requirements for issuance of a Permit to Carry, except I was found to lack "justifiable need to carry a handgun."

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: December 20, 2010

*/s/ Lenny J. Salerno*
Lenny S. Salerno