

# Township of Montville

**BUSINESS OFFICES:**
MUNICIPAL BUILDING
195 CHANGEBRIDGE ROAD
MONTVILLE, NEW JERSEY 07045-9498
(973) 331-3300 • FAX: (973) 402-0787

**POLICE DEPARTMENT:**
PUBLIC SAFETY BUILDING
360 ROUTE 202
MONTVILLE, NEW JERSEY 07045-9697
(973) 257-4300 • FAX: (973) 334-4880

**Deb Nielson**
MAYOR

**Jim Sandham**
DEPUTY MAYOR

**Jean Bader**
COMMITTEEWOMAN

**Art Daughtry**
COMMITTEEMAN

**Tim Braden**
COMMITTEEMAN

August 31, 2009



Lenny S. Salerno

Dear Mr. Salerno:

Your application for a New Jersey Firearms Carrying Permit has been denied as of August 31, 2009, due to the following reason:

Your reasons for application listed in your "CERTIFICIATION IN SUPPORT OF APPLICATION FOR A PERMIT TO CARRY A HANDGUN" is an insufficient reason for the issuance of the above listed permit.

In accordance with N.J.S.A 2C:58-3, you have thirty (30) days in which to file for a hearing with the Morris County Court, if you are aggrieved by the denial. Should you desire to file for a hearing, you must also notify this office and the office of the Superintendent of the State Police by forwarding a copy of that request.

There are no provisions under the law for the return of your fees except for you money order in the amount of $20.00 written out to N.J. Judiciary.

For your convenience, below is a listing of mailing addresses should you wish to aggrieve.

Richard Cook
Chief of Police

RC\pj
Delivered via Registered Mail
  Hon. T. Manahan
  Morris County Courthouse
  CN 900
  Morristown, NJ  07960-0900

Superintendent of State Police
New Jersey State Police
Box 7068
West Trenton, NJ  08625
Attn: Firearms Section

Cc: Baron Samson LLP