PREPARED BY THE COURT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – CRIMINAL COURT
COUNTY OF MORRIS

---

IN THE MATTER OF AN

APPEAL FROM THE DENIAL OF AN
APPLICATION FOR A PERMIT TO
CARRY A HANDGUN

LENNY SALERNO,
          Applicant.

---

FILED
JUL 08 2010
THOMAS V. MANAHAN, J.S.C.
JUDGE'S CHAMBERS
MORRIS COUNTY COURTHOUSE

FIREARMS APPEAL No.: 10-006

ORDER

 

**THIS MATTER** having been opened to the Court on July 8, 2010, by the Applicant, and the Court, having considered the certifications of the Applicant, the arguments of counsel, the basis for the denial and the applicable statutory law and case law, and for good cause shown;

IT IS ON THIS 8th day of **July, 2010**,

**ORDERED** that Firearms Appeal No. 10-006 is hereby **denied** as the applicant has not demonstrated a "justifiable need to carry a handgun," pursuant to N.J.S.A. 2C:58-4d.

                                              Hon. Thomas V. Manahan, P.J. Cr.

Reasons stated on the record on July 8, 2010.