JOHN L. MOLINELLI
BERGEN COUNTY PROSECUTOR
BERGEN COUNTY JUSTICE CENTER
HACKENSACK, NJ 07601
(201/646-2300)

**FILED**

**NOV 2 9 2010**

**EDWARD A. JEREJIAN, J.S.C.**

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - BERGEN COUNTY

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION BY FINLEY FENTON FOR A PERMIT TO CARRY A HANDGUN | CIVIL ACTION<br><br>**ORDER** |

This matter having been presented to the Court on October 22, 2010, and November 12, 2010, by Finley Fenton, appearing *pro se*, and Assistant Bergen County Prosecutor Dion Findley, appearing on behalf of the State, and the Court having considered the testimony of the applicant, the written submissions and oral arguments of each party, and for good cause shown:

IT IS on this 29th day of November 2010,

**ORDERED** that, for the reasons stated on the record, the application by Finley Fenton for a permit to carry a handgun is hereby **DENIED**, in accordance with the provisions of N.J.S.A. 2C:58-4.

Hon. Edward A. Jerejian, J.S.C.