**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| : | |
| Plaintiffs, : | **No. 2:10-CV-6110 (WHW) (CCC)** |
| : | |
| v. : | |
| : | |
| THE HON. PHILIP J. MAENZA, *et al.*, : | **DECLARATION OF** |
| : | **MIKO TEMPSKI** |
| Defendants. : | |
| : | |

I, Mikolaj T. Tempski, declare as follows:

1. I am General Counsel for Plaintiff Second Amendment Foundation, Inc. ("SAF")

2. SAF is a non-profit corporation organized under the laws of the State of Washington with its principal place of business in Bellevue, Washington.

3. SAF has over 650,000 supporters nationwide, including in New Jersey.

4. The purposes of SAF include promoting both the exercise of the right to keep and bear arms and education, research, publishing, and legal action focusing on the constitutional right to privately own and possess firearms. SAF also promotes research and education on the consequences of abridging the right to keep and bear arms and on the historical grounding and importance of the right to keep and bear arms as one of the core civil rights of United States citizens.

5. I understand that members and supporters of SAF have been denied Permits to Carry on the ground that they did not have "justifiable need," and also, that members and

supporters of SAF would apply for Permits to Carry but for their understanding that officials would refuse the license for lack of "justifiable need."

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: December 17TH, 2010

_____
Miko Tempski