UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| : | |
| Plaintiffs, : | No. 2:10-CV-6110 (WHW) (CCC) |
| : | |
| v. : | |
| : | |
| THE HON. PHILIP J. MAENZA, *et al.*, : | **DECLARATION OF** |
| : | **SCOTT BACH** |
| Defendants. : | |
| : | |

I, Scott Bach, declare as follows:

1. I am the President of Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. ("ANJRPC").

2. ANJRPC is a non-profit corporation organized under the laws of the State of New Jersey in 1936 with its principal place of business in Pompton Plains, New Jersey.

3. ANJRPC is a member-sponsored organization that represents the interests of target shooters, hunters, competitors, outdoors people, and other law-abiding firearms owners. Among ANJRPC's purposes are aiding such persons in every way within its power and supporting and defending the people's right to keep and bear arms, including the right of its members and the public to purchase, possess, and carry firearms.

4. It is my understanding that members of ANJRPC have been denied Permits to Carry on the ground that they did not have "justifiable need," and also, that members of

ANJRPC would apply for Permits to Carry but for their understanding that officials would refuse the license for lack of "justifiable need."

> I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: December 19, 2010

*Scott L. Bach*

Scott L. Bach