```
PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
Attorney for Defendants Philip J. Maenza, Rudolph A. Filko,
Edward  A. Jerejian, and Thomas V. Manahan

By:   Gregory Spellmeyer
      Deputy Attorney General
      (609) 984-9504
      Gregory.Spellmeyer@dol.lps.state.nj.us
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| JEFFREY M. MULLER; DANIEL J. PISZCZATOSKI; JOHN M. DRAKE; GREGORY C. GALLAHER; LENNY S. SALERNO; FINLEY FENTON; SECOND AMENDMENT FOUNDATION, INC.; AND ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUSBS, INC. <br><br> Plaintiffs, <br> v. <br><br> THE HON. PHILIP J. MAENZA, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. RUDOLPH A. FILKO, in his Official Capacity as Judge of the Superior Court of Passaic County; THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. THOMAS V. MANAHAN, in his Official Capacity as Judge of the Superior Court of Morris County; COL. RICK FUENTES, in his Official Capacity as Superintendent of the New Jersey State Police; CHIEF FRANK INGEMI, in his Official | Civil Action No. 10-6110 <br>            (WHW)(CCC) <br><br><br><br> Notice of Appearance |

```
Capacity as Chief of the         :
Hammonton, New Jersey Police     :
Department; CHIEF RICHARD        :
COOK, in his Official            :
Capacity as Chief of the         :
Montville, New Jersey Police     :
Department; and PAULA T. DOW,    :
in her Official Capacity as      :
Attorney General of New          :
Jersey,                          :
                                 :
       Defendants.               :
                                 :
```

TO:   CLERK OF THE COURT

     Please enter my appearance on behalf of defendants Philip J. Maenza, Rudolph A. Filko, Edward A. Jerejian, and Thomas V. Manahan in the above-captioned matter.

                                        PAULA T. DOW
                                        ATTORNEY GENERAL OF NEW JERSEY


                                By:<u>/s Gregory A. Spellmeyer</u>
                                    Gregory A. Spellmeyer
Dated: January 4, 2011     Deputy Attorney General

c:   All Counsel (via electronic filing system)