```
PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex, P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants: Paula T. Dow, Colonel Rick Fuentes, Hon.
     Philip J. Maenza, Hon. Rudolph A. Filko, Hon. Edward A.
     Jerejian, Hon. Thomas V. Manahan

By:  Gregory A. Spellmeyer
     Deputy Attorney General
     (609) 984-9504
     gregory.spellmeyer@dol.lps.state.nj.us
```
_____

| | |
|---|---|
| JEFFREY M. MULLER; DANIEL J. PISZCZATOSKI; JOHN M. DRAKE; GREGORY C. GALLAHER; LENNY S. SALERNO; FINLEY FENTON; SECOND AMENDMENT FOUNDATION, INC.; AND ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>　　Plaintiffs,<br>v.<br><br>THE HON. PHILIP J. MAENZA, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. RUDOLPH A. FILKO, in his Official Capacity as Judge of the Superior Court of Passaic County; THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. THOMAS V. MANAHAN, in his Official Capacity as Judge of the Superior Court of Morris County; COL. RICK FUENTES, in his Official Capacity as Superintendent of the New Jersey State Police; CHIEF FRANK INGEMI, in his Official Capacity as Chief of the Hammonton, New Jersey Police Department; CHIEF RICHARD COOK, in his Official Capacity as Chief of the Montville, New Jersey Police Department; and PAULA T. DOW, in her Official Capacity as Attorney General of New Jersey;<br><br>　　Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>VICINAGE OF NEWARK<br><br>CIVIL ACTION No. 10-cv-6110-WHW-CCC<br><br>Honorable William H. Walls, U.S.D.J.<br><br>Notice of Cross-Motion for Dismissal of Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) |

TO:      CLERK OF THIS COURT

         David D. Jensen, Esq.
         Robert P. Firriolo, Esq.
         744 Broad Street
         Suite 1200
         Newark, NJ 07102
         ddjensen@duanemorris.com
         rpfirriolo@duanemorris.com
         Attorney for Plaintiffs


AND TO:  Robert H. Oostdyk, Esq.
         Johnson & Murhpy
         P.O. Box 70
         Riverdale, NJ 07457
         roostdyk@johnsonmurphylaw.com
         Attorney for Codefendant Chief Richard Cook

         Brian G. Howell, Esq.
         Howell & Bertman
         231 Bellevue Avenue
         Hammonton, NJ 08037-1751
         howellbg&comcast.net
         Attorney for Codefendant Chief Frank Ingemi


   PLEASE TAKE NOTICE that on March 21, 2011, defendants Paula T. Dow, Attorney General of New Jersey; Colonel Rick Fuentes, Superintendent of the New Jersey State Police; the Honorable Philip J. Maenza; the Honorable Rudolph A. Filko; the Honorable Edward A. Jerejian; and the Honorable Thomas V. Manahan will cross-move through their counsel pursuant to Fed.R.Civ.R. 12(b)(6) for an Order dismissing plaintiffs' complaint with prejudice.

   PLEASE TAKE FURTHER NOTICE that these moving defendants will rely upon the accompanying brief.  A proposed form of Order is

included.

                                            PAULA T. DOW
                                            ATTORNEY GENERAL OF NEW JERSEY

                                        BY:   /s/ Gregory A. Spellmeyer
                                                 Gregory A. Spellmeyer
                                                 Deputy Attorney General

Dated: January 26, 2011