PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex, P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants: Paula T. Dow, Colonel Rick Fuentes, Hon. Philip J. Maenza, Hon. Rudolph A. Filko, Hon. Edward A. Jerejian, Hon. Thomas V. Manahan

By:  Gregory A. Spellmeyer
     Deputy Attorney General
     (609) 984-9504
     gregory.spellmeyer@dol.lps.state.nj.us
_____

| | |
|---|---|
| JEFFREY M. MULLER; DANIEL J. PISZCZATOSKI; JOHN M. DRAKE; GREGORY C. GALLAHER; LENNY S. SALERNO; FINLEY FENTON; SECOND AMENDMENT FOUNDATION, INC.; AND ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br>     Plaintiffs, <br>v. <br><br>THE HON. PHILIP J. MAENZA, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. RUDOLPH A. FILKO, in his Official Capacity as Judge of the Superior Court of Passaic County; THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Morris County; THE HON. THOMAS V. MANAHAN, in his Official Capacity as Judge of the Superior Court of Morris County; COL. RICK FUENTES, in his Official Capacity as Superintendent of the New Jersey State Police; CHIEF FRANK INGEMI, in his Official Capacity as Chief of the Hammonton, New Jersey Police Department; CHIEF RICHARD COOK, in his Official Capacity as Chief of the Montville, New Jersey Police Department; and PAULA T. DOW, in her Official Capacity as Attorney General of New Jersey; <br><br>     Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> VICINAGE OF NEWARK <br><br> CIVIL ACTION No. 10-cv-6110-WHW-CCC <br><br> Honorable William H. Walls, U.S.D.J. <br><br> ORDER DISMISSING PLAINTIFFS' COMPLAINT |

     The cross-motion of defendants Paula T. Dow, Attorney General of New Jersey; Colonel Rick Fuentes, Superintendent of the New Jersey State Police; the Honorable Philip J. Maenza; the Honorable Rudolph A. Filko; the Honorable Edward A. Jerejian; and the Honorable Thomas V. Manahan; for dismissal of plaintiffs' complaint having been submitted to the Court, and the Court having duly considered the papers submitted and the arguments of counsel, and good cause appearing;

     IT IS on this _____ day of _____, 2011, ORDERED that (1) defendants' cross-motion is granted and plaintiffs' complaint be and hereby is dismissed with prejudice; and

     (2) plaintiffs' motion for summary judgment is denied.

 

_____
Honorable William H. Walls, U.S.D.J.