**Duane Morris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

DAVID D. JENSEN
DIRECT DIAL: (973) 424-2016
PERSONAL FAX: +1 973 556 1499
*E-MAIL:* ddjensen@duanemorris.com

*www.duanemorris.com*

16 February 2011

**VIA ECF**
The Honorable William H. Walls
United States District Judge
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Muller v. Maenza*, no. 2:10-CV-6110 (WHW) (CCC)

Dear Judge Walls:

      We represent Plaintiffs in the above-captioned action.  We write with the consent of the New Jersey Division of Law to request a two-day enlargement to the briefing schedule the Court previously entered on December 9, 2010, as set forth in the enclosed proposed Revised Scheduling Order.

      Should you have any questions or concerns, please do not hesitate to contact myself, at (973) 424-2016, or Mr. Spellmeyer, at (609) 292-7922.

                                    Respectfully submitted,

                                    **DUANE MORRIS LLP**
                                    A Delaware Limited Liability Partnership


                               /s/ David D. Jensen
                               David D. Jensen

cc:     Gregory Spellmeyer
          Senior Deputy Attorney General, Litigation
          Division of Law
          Office of the Attorney General of New Jersey
          P.O. Box 112
          Trenton, New Jersey  08625
          *By E-mail to Gregory.Spellmeyer@dol.lps.state.nj.us*

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*          WALTER GREENHALGH, RESIDENT PARTNER
744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889          PHONE: +1 973 424 2000   FAX: +1 973 424 2001

The Honorable William H. Walls
16 February 2011
Page 2

DuaneMorris

    Robert H. Oostdyk
    Johnson & Murphy
    P.O. Box 70
    Riverdale, New Jersey  07457
    *By E-mail to roostdyk@johnsonmurphylaw.com*
    Counsel for Defendant Chief Richard Cook

    Brian G. Howell
    Howell & Bertman
    231 Bellevue Avenue
    Hammonton, New Jersey  08037-1751
    *By E-mail to howellbg@comcast.net*
    Counsel for Defendant Chief Frank Ingemi