**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| | : |
|     Plaintiffs, | :   **No. 2:10-CV-6110 (WHW) (CCC)** |
| | : |
| v. | : |
| | :   **[PROPOSED]** |
| THE HON. PHILIP J. MAENZA, *et al.*, | :   **REVISED** |
| | :   <u>**SCHEDULING ORDER**</u> |
|     Defendants. | : |
| | : |

On the consent of the parties, the Court amends the Scheduling Order entered on December 9, 2010 (Doc. No. 11) as follows:

- Plaintiffs will reply in support of summary judgment and oppose Defendants' cross-motion no later than February 18, 2011; and

- Defendants will submit a reply in support of their cross-motion no later than March 11, 2011.

It is SO ORDERED this ____ day of February, 2011.

 

_____
William H. Walls
United States District Judge