**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| Plaintiffs, : | **No. 2:10-CV-6110 (WHW) (CCC)** |
| v. : | |
| THE HON. PHILIP J. MAENZA, *et al.*, : | **REVISED** |
| Defendants. : | **SCHEDULING ORDER** |

On the consent of the parties, the Court amends the Scheduling Order entered on December 9, 2010 (Doc. No. 11) as follows:

- Plaintiffs will reply in support of summary judgment and oppose Defendants' cross-motion no later than February 18, 2011; and

- Defendants will submit a reply in support of their cross-motion no later than March 11, 2011.

It is SO ORDERED this 17th day of February, 2011.

/s/ William H. Walls
William H. Walls
United States District Judge