UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| : | |
| Plaintiffs, : | No. 2:10-CV-6110 (WHW) (CCC) |
| : | |
| v. : | |
| : | **SUPPLEMENTAL** |
| THE HON. PHILIP J. MAENZA, *et al.*, : | **DECLARATION OF** |
| : | <u>**MIKO TEMPSKI**</u> |
| Defendants. : | |
| : | |

      I, Mikolaj T. Tempski, declare as follows:

      1.     I am General Counsel for Plaintiff Second Amendment Foundation, Inc. ("SAF")

      2.     The right to keep and bear arms is germane to the purposes of SAF, which (as previously expressed) include promoting both the exercise of the right to keep and bear arms and education, research, publishing, and legal action focusing on the constitutional right to privately own and possess firearms.  SAF promotes research and education on the consequences of abridging the right to keep and bear arms and on the historical grounding and importance of the right to keep and bear arms as one of the core civil rights of United States citizens.

      3.     SAF sponsored and was a party to the litigation in *McDonald v. Chicago*, and SAF submitted an amicus brief supporting the plaintiffs in *District of Columbia v. Heller*.  Over the years, SAF has sponsored and prosecuted many other lawsuits concerning the right to keep and bear arms.

      4.     SAF has over 8,000 members and supporters in the State of New Jersey.

      5.     Members and supporters of SAF regularly contact SAF with concerns regarding New Jersey's gun laws including, specifically, New Jersey's laws regarding the carry of guns.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 18TH, 2011

_____
Miko Tempski