UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| | : |
| Plaintiffs, | : No. 2:10-CV-6110 (WHW) (CCC) |
| | : |
| v. | : |
| | : SUPPLEMENTAL |
| THE HON. PHILIP J. MAENZA, *et al.*, | : DECLARATION OF |
| | : <u>SCOTT BACH</u> |
| Defendants. | : |
| | : |

I, Scott Bach, declare as follows:

1. I am the President of Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. ("ANJRPC").

2. ANJRPC is the largest organization that represents the interests of target shooters, hunters, competitors, outdoors people, and other law-abiding firearms owners in the State of New Jersey. The right to keep and bear arms is germane to ANJRPC's organizational purposes.

3. Over the years, ANJRPC has often sponsored litigation concerning gun laws in New Jersey, and ANJRPC has also advocated for the interests of law-abiding gun owners in legislative matters.

> I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 18, 2011

*/s/ Scott L. Bach*

Scott Bach