UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JEFFREY M. MULLER; *et al.*,

    Plaintiffs,

v.

THE HON. PHILIP J. MAENZA, *et al.*,

    Defendants.

No. 2:10-CV-6110 (WHW) (CCC)

**SUPPLEMENTAL DECLARATION OF JOHN DRAKE**

I, John Drake, declare as follows:

1. I am one of the Plaintiffs in the above-captioned action.

2. I am a member of Plaintiff Association of New Jersey Rifle & Pistol Clubs.

3. I am a member of Plaintiff Second Amendment Foundation.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 16, 2011

_____
John Drake