**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JEFFREY M. MULLER; *et al.*,

      Plaintiffs,

v.

THE HON. PHILIP J. MAENZA, *et al.*,

      Defendants.

: **No. 2:10-CV-6110 (WHW) (CCC)**

: **SUPPLEMENTAL**
: **DECLARATION OF**
: **DANIEL J. PISZCZATOSKI**

---

I, Daniel J. Piszczatoski, declare as follows:

1.    I am one of the Plaintiffs in the above-captioned action.

2.    I am a member of Plaintiff Association of New Jersey Rifle & Pistol Clubs.

3.    I am a member of Plaintiff Second Amendment Foundation.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February **/7**, 2011

Daniel J. Piszczatoski