**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, : | |
| : | |
| Plaintiffs, : | **No. 2:10-CV-6110 (WHW) (CCC)** |
| : | |
| v. : | |
| : | |
| THE HON. PHILIP J. MAENZA, *et al.*, : | **DECLARATION OF** |
| : | **MICHAEL S. FLEISCHER, MD** |
| Defendants. : | |
| : | |

I, Michael S. Fleischer, MD, declare as follows:

1. I am an ophthalmic physician and surgeon practicing in Westwood, New Jersey.

2. I am a member of Plaintiff Second Amendment Foundation, Inc. ("SAF").

3. I am a member of Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. ("ANJRPC").

4. I would like to carry a handgun for self-defense, but I refrain from doing so because I do not hold a permit to carry a handgun.

5. I have completed what I understand to be all of the prerequisites to obtain a permit to carry a handgun. Specifically, I have completed approved training in the handling and use of handguns, and in use-of-force laws, and I have passed the State Police qualification test.

6. I have not applied for a permit to carry a handgun because I understand that I would almost certainly be denied for lack of "justifiable need." I am concerned that this denial could be perceived negatively by licensing boards or others.

7. One of the key reasons that I am a member of SAF and ANJRPC is that these organizations prosecute legal actions that seek to vindicate my constitutional rights.

8. I authorize both SAF and ANJRPC to pursue this action for my benefit and on my behalf.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 18, 2011

_____
Michael S. Fleischer, MD