**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| Plaintiffs, | : **No. 2:10-CV-6110 (WHW) (CCC)** |
| v. | : |
| THE HON. PHILIP J. MAENZA, *et al.*, | : **DECLARATION OF** |
| | : **SCOTT RIVERA** |
| Defendants. | : |

I, Scott Rivera, declare as follows:

1. I am an Assistant Superintendent for the Town of Hammonton, New Jersey. I reside in Hammonton, New Jersey.

2. I am a member of Plaintiff Second Amendment Foundation, Inc. ("SAF").

3. I am a member of Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. ("ANJRPC").

4. I would like to carry a handgun for self-defense, but I refrain from doing so because I do not hold a permit to carry a handgun.

5. I have completed what I understand to be all of the prerequisites to obtain a permit to carry a handgun. Specifically, I have completed approved training in the handling and use of handguns, and in use-of-force laws, and I have passed the State Police qualification test.

6. On September 28, 2010, I applied for a permit to carry a handgun to Chief Ingemi of the Hammonton, New Jersey Police Department.

7. On October 5, 2010, Chief Ingemi denied my application for lack of "justifiable need." I true and correct copy of my denied application is attached hereto as Exhibit A.

8. I submitted my denied application for a permit to carry to the Atlantic County, New Jersey Superior Court on October 25, 2010.

9. At a hearing held on January 21, 2011, Superior Court Judge Michael A. Donio denied my application for lack of "justifiable need." A true and correct copy of Judge Donio's order is attached as Exhibit B.

10. I have not challenged the denials of my license application because I am concerned about drawing attention to myself, and also because it would be difficult for me to finance extensive litigation.

11. One of the key reasons that I am a member of SAF and ANJRPC is that these organizations prosecute legal actions that seek to vindicate my constitutional rights.

12. I authorize both SAF and ANJRPC to pursue this action for my benefit and on my behalf.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 16, 2011

*Scott V. Rivera*
Scott Rivera

2