THEODORE F.L. HOUSEL  
Atlantic County Prosecutor  
P.O. Box 2002  
4997 Unami Blvd.  
Mays Landing, New Jersey 08330

FILED  
SUPERIOR COURT  
OF NEW JERSEY  
ATLANTIC COUNTY  

2011 FEB -4  PM 2:52

SUPERIOR COURT OF NEW JERSEY  
LAW DIVISION - ATLANTIC COUNTY

IN RE THE APPLICATION OF  
SCOTT RIVERA FOR A PERMIT  
TO CARRY A HANDGUN

**ORDER**

This matter having been opened to the Court by Scott Rivera, pro se, on appeal from the denial of a permit to carry a handgun, and Julie H. Horowitz, Assistant County Prosecutor, having appeared for the State, and the Court having considered papers submitted and argument of the parties, and for good cause shown:

IT IS on this 4 day of February, 2011, ORDERED that the application for a permit to carry a handgun is hereby DENIED.

_____  
Honorable Michael A. Donio, P.J.Cr.