EXHIBIT A

to

Application of MCRGO and NJCSD

For Leave to File an *Amicus Brief*