UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| Plaintiffs, | : **No. 2:10-CV-6110 (WHW) (CCC)** |
| v. | : |
| THE HON. PHILIP J. MAENZA, *et al.*, | : **SUBSTITUTION OF COUNSEL** |
| Defendants. | : |

IT IS HEREBY STIPULATED AND AGREED that David Jensen PLLC, 708 Third Avenue, Sixth Floor, New York, New York 10017, is substituted in place of Duane Morris LLP, 744 Broad Street, Suite 1200, Newark, New Jersey 07102, as counsel for all Plaintiffs in this action.

Dated: March 2, 2010  
Newark, New Jersey

DUANE MORRIS LLP  
[Outgoing Attorneys]

By: s/ Walter Greenhalgh  
Walter Greenhalgh  
744 Broad Street, Suite 1200  
Newark, New Jersey  07102

DAVID JENSEN PLLC  
[New/Continuing Attorneys]

By: s/ David D. Jensen  
David D. Jensen  
708 Third Avenue, Sixth Floor  
New York, New York  10017

It is SO ORDERED this _____ day of _____, 2010.

_____