# State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>Governor | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | PAULA T. DOW<br>Attorney General |
| KIM GUADAGNO<br>Lt. Governor | | ROBERT M. HANNA<br>Director |

March 9, 2011

<u>Via ECF Only</u>

Honorable Williams H. Walls, U.S.D.J.
M.L. King, Jr. Federal Bldg. & Courthouse, Room 4046
50 Walnut Street
Newark, NJ 07102

  Re: <u>Muller, et al. v. Maenza, et al.</u>
    <u>Docket No. 2:10-cv-006110-WHW-CCC</u>

Dear Judge Walls:

  I represent the State defendants in the above-referenced matter. I write with the consent of counsel for the plaintiffs, David D. Jensen, Esq., to request a three-business-day enlargement to the briefing schedule that the Court entered on February 17, 2011, (District Document #28) as set forth in the enclosed proposed Second Revised Scheduling Order. Thank you for your consideration.

  Should you have any questions or concerns, please do not hesitate to contact me or either counsel for Plaintiffs.

         Respectfully Submitted,

         PAULA T. DOW
         ATTORNEY GENERAL OF NEW JERSEY

    By: <u>/s/ Gregory A. Spellmeyer</u>
       Gregory A. Spellmeyer
       Deputy Attorney General



cc/email only:

    David D. Jensen, Esq.
    DAVID JENSEN pllc
    708 Third Avenue, Sixth Floor
    New York, New York 10017
    david@djensenpllc.com
    Attorney for Plaintiffs

    Robert H. Oostdyk, Esq.
    Johnson & Murphy
    P.O. Box 70
    Riverdale, NJ 07457
    roostdyk@johnsonmurphylaw.com
    Attorney for Codefendant Chief Richard Cook

    Brian G. Howell, Esq.
    Howell & Bertman
    231 Bellevue Avenue
    Hammonton, NJ 08037-1751
    howellbg&comcast.net
    Attorney for Codefendant Chief Frank Ingemi

