```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                          VICINAGE OF NEWARK
```

| | | |
|---|---|---|
| JEFFREY M. MULLER; et al., | : | CIVIL ACTION No. |
| | : | 10-cv-6110(WHW)(CCC) |
| Plaintiffs, | : | |
| | : | Honorable William H. |
| v. | : | Walls, U.S.D.J. |
| | : | |
| THE HON. PHILIP J. MAENZA; et al., | : | SECOND REVISED |
| | : | SCHEDULING ORDER |
| Defendants. | : | |

On the consent of the parties, the Court amends the Revised Scheduling Order entered on February 17, 2011 (District Document #28) as follows:

State Defendants will submit a reply in support of their cross-motion no later than March 16, 2011.

It is SO ORDERED on this __10th__ day of March, 2011.


                                    /s/ William H. Walls
                                    William H. Walls
                                    United States District Judge