```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS
```

NEWARK                              DATE: October 27, 2011

JUDGE: William H. Walls

COURT REPORTER: Yvonne Davion

DEPUTY CLERK: Loretta Minott


Title of Case:                     Docket# 10-6110 (WHW)

JEFFREY M. MULLER, et al v. THE HON. PHILIP J. MAENZA, et al

Appearances:
David Douglas Jensen, Esq., for plaintiff
Gregory A. Spellmeyer, Esq., for defendant

Nature of proceeding: **Motion Hearing**

Hearing on plaintiff's motion for summary judgment.

Hearing on defendant's cross-motion to dismiss the plaintiff's
complaint.

DECISION RESERVED


Time Commenced 9:45 a.m.
Time Adjourned 11:00 a.m.


                                        *Loretta Minott*
                                         Deputy Clerk