UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JEFFREY M. MULLER; *et al.*,

    Plaintiffs,

v.

THE HON. PHILIP J. MAENZA, *et al.*,

    Defendants.

No. 2:10-CV-6110 (WHW) (CCC)

**STIPULATION OF
DISMISSAL & SUBSTITUTION**

It is hereby STIPULATED by counsel for the respective parties that:

1. The claims of Plaintiff Jeffrey M. Muller shall be and hereby are DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. Defendant The Hon. Philip J. Maenza, named in his Official Capacity as Judge of the Superior Court of Morris County, shall be and hereby is DISMISSED as a party to this action; and

3. Chief Robert Jones, in his Official Capacity as Chief of the Hammonton, New Jersey Police Department, shall be and hereby is SUBSTITUTED in place of Chief Frank Ingemi as a Defendant in this action.

David D. Jensen
DAVID JENSEN PLLC
61 Broadway, Suite 1900
New York, New York 10006
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com
*Attorney for Plaintiffs*

Gregory G. Spellmeyer
Office of the Attorney General
R.J.H. Justice Complex Box 081
25 Market Street
Trenton, NJ 08625-081
Tel: (609) 292-4478
Fax: (609) 984-9493
Gregory.Spellmeyer@dol.lps.state.nj.us
*Attorney for State Defendants*

_____
Robert H. Oostdyk
Johnson, Murphy, Hubner,
    McKeon, Wubbenhorst, Bucco
    & Appelt, P.C
P.O. Box 70
Riverdale, NJ 07457
Tel: (973) 835-0100
Fax: (973) 835-1732
roostdyk@johnsonmurphylaw.com
*Attorney for Defendant Chief
Richard Cook*

_____
Brian G. Howell
Howell & Bertman
P.O. Box 679
231 Bellevue Avenue
Hammonton, New Jersey 08037
Tel: (609) 567-2600
Fax: (609) 561-6306
howellbg@comcast.net
*Attorney for Defendant Chief Frank
Ingemi and Substituted Defendant
Chief Robert Jones*

It is SO ORDERED this 1st day of ~~July~~ November, 2011.

_____
William H. Walls
United States District Judge