UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. MULLER; *et al.*, | : |
| Plaintiffs, | : No. 2: 10-CV-6110 (WHW) (CCC) |
| v. | : |
| | : Hon. William H. Walls |
| THE HON. PHILIP J. MAENZA; *et al.*, | : |
| | : ORDER |
| Defendants. | : |

Upon consideration of the application and proposed brief submitted by counsel, the Court hereby grants the application of the Brady Center to Prevent Gun Violence, Ceasefire NJ, and New Jersey Million Mom March Chapters of the Brady Campaign to Prevent Gun Violence for leave to file an *amicus* brief in support of Defendants.

It is SO ORDERED this 11 day of January, 2012.

William H. Walls
United States District Judge