PAUL L. ABRAMO, ESQ.  (PA9199)
93 Main Street
PO Box 12
Newton, New Jersey 07860-0012
Phone: (973) 940-0600
Fax: (973) 940-0601

Steven W. Dulan Esq. (P54914)
1750 East Grand River Ave. Ste. 101
East Lansing, MI 48823
Phone: (517) 333-7132
Fax: (517) 333-1691

Counsel for Amici Curiae,
MCRGO and NJCSD

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| JEFFREY M. MULLER; et. al., <br><br> Plaintiffs, | No. 2: 10-CV-6110 (WHW) (CCC) |
| v. | Hon. William H. Walls |
| THE HON. PHILIP J. MAENZA, et al., <br><br> Defendants, | Order Granting <br> Leave to File *Amici Curiae* <br> *Brief on Behalf of* <br> MCRGO and NJCSD |

---

Upon consideration of the application and proposed brief submitted by counsel, the Court hereby grants the application of the Michigan Coalition for Responsible Gun Owners (MCRGO) and the New Jersey Coalition for Self Defense (NJCSD) for relief to file an *amicus* Brief in support of Plaintiffs.

It is SO ORDERED this /1 day of _____, 2012.

_____
William H. Walls
United States District Judge