UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL J. PISZCZATOSKI; JOHN M. DRAKE; GREGORY C. GALLAHER; LENNY S. SALERNO; FINLEY FENTON; SECOND AMENDMENT FOUNDATION, INC.; and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | **ORDER** |
| Plaintiffs, | Civ. No. 10-06110 (WHW) |
| v. | |
| THE HON. RUDOLPH A. FILKO, in his Official Capacity as Judge of the Superior Court of Passaic County; THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; THE HON. THOMAS A. MANAHAN, in his Official Capacity as Judge of the Superior Court of Morris County; COL. RICK FUENTES, in his Official Capacity as Superintendent of the New Jersey State Police; CHIEF ROBERT JONES, in his Official Capacity as Chief of the Hammonton, New Jersey Police Department; CHIEF RICHARD COOK, in his Official Capacity as Chief of the Montville, New Jersey Police Department; and PAULA T. DOW, in her Official Capacity as Attorney General of New Jersey, | |
| Defendants. | |

**Walls, Senior District Judge**

This matter having come before the Court on the plaintiffs' motion for summary judgment and the defendants' cross-motion to dismiss, and David Jensen,

1

Esq. appearing for the plaintiffs and Gregory Spellmeyer, Esq. appearing for the defendants, and the Court having considered the arguments of counsel and the submissions of the parties, for reasons set forth in the accompanying Opinion and good cause therefor,

It is, on this 12th day of January, 2012:

ORDERED that the plaintiffs' Motion for Summary Judgment (ECF No. 12) is DENIED; and

ORDERED that the defendants' Cross-Motion to Dismiss (ECF No. 25) is GRANTED and that the plaintiffs' Complaint is hereby dismissed with prejudice.

William H. Walls
United States Senior District Judge