UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL J. PISZCZATOSKI; *et al.*, | : |
| Plaintiffs, | : No. 2:10-CV-6110 (WHW) (CCC) |
| v. | : |
| THE HON. RUDOLPH A. FILKO, *et al.*, | : **NOTICE OF APPEAL** |
| Defendants. | : |

Notice is hereby given that Plaintiffs DANIEL J. PISZCZATOSKI, JOHN M. DRAKE, GREGORY C. GALLAHER, LENNY S. SALERNO, FINLEY FENTON, SECOND AMENDMENT FOUNDATION, INC. and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. hereby appeal to the United States Court of Appeals for the Third Circuit from the Opinion (Doc. No. 40) and Order (Doc. No. 41), denying Plaintiffs' motion for summary judgment and granting Defendants' cross-motion to dismiss, entered in this action on the 12th day of January, 2012.

Dated: January 16, 2012
New York, New York

David D. Jensen
DAVID JENSEN PLLC
61 Broadway, Suite 1900
New York, New York 10006
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com
*Attorney for Plaintiffs*