UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1150
_____

JOHN M. DRAKE; GREGORY C. GALLAHER;
LENNY S. SALERNO; FINLEY FENTON;
SECOND AMENDMENT FOUNDATION, INC.;
ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,

                Appellants

v.

THE HON. RUDOLPH A. FILKO,
in his Official Capacity as Judge of the Superior Court of Passaic County;
HON. EDWARD A. JEREJIAN,
in his Official Capacity as Judge of the Superior Court of Bergen County;
THE HON. THOMAS V. MANAHAN,
in his Official Capacity as Judge of the Superior Court of Morris County;
SUPERINTENDENT NEW JERSEY STATE POLICE; CHIEF RICHARD COOK,
in his Official Capacity as Chief of the Montville, New Jersey Police Department;
ATTORNEY GENERAL OF NEW JERSEY; ROBERT JONES,
in his Official Capacity as Chief of the Hammonton, New Jersey Police Department
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-10-cv-06110)
District Judge: Honorable William H. Walls
_____

Argued February 12, 2013

Before: HARDIMAN and ALDISERT, Circuit Judges, and STARK,[*] District Judge.

_____

---

[*] The Honorable Leonard P. Stark, Judge of the United States District Court for the District of Delaware, sitting by designation.

## JUGDMENT
_____

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on February 12, 2013.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered January 13, 2012 be and the same is hereby affirmed.

All of the above in accordance with the opinion of this Court. Costs taxed to Appellants.

ATTEST:

/s/ Marcia M. Waldron

Clerk

DATED: July 31, 2013